October 5, 2004

Honorable E. Thomas Boyle
United States Magistrate Judge
Long Island Federal Courthouse
834 Federal Plaza
Central Islip, New York 11722

        Re: Nogueras v County of Suffolk et al.
         CV 03-2937 (DRH) (ETB)
         ECF Case

Dear Judge Boyle:

  This letter is a joint request by the attorneys for the plaintiff and the individual defendant, Nicholas Migliore. The depositions of all parties have been completed, the last one being the County witness (the Monell witness). At the deposition just concluded certain documents came to light which may be relevant to the case and which need to be reviewed before the pre-trial order can be prepared. We jointly request an extension of 3 weeks for the pre-trial order so that those documents can be produced and reviewed. Counsel for the County of Suffolk has no objection to this request.

  Thank you for your consideration.

          Respectfully submitted,

          TAUBMAN KIMELMAN & SOROKA, LLP


          By:_/s_____
           Philip E. Taubman, Esq.

PET/tp

Cc Richard T. Dunne, Esq.
   Assistant County Attorney

   Alan Kranz, Esq.
   Attorney for Nicholas Migliore