# MEMORANDUM

**TO:** Trish Best, Deputy to Judge Hurley

**FROM:** Lauren Hancock, Law Clerk to Magistrate Judge Boyle

**RE:** <u>Nogueras v. County of Suffolk</u>, et al.
CV 03-2937 (DRH)

**DATE:** October 22, 2004

---

Discovery is certified as complete. This action is trial ready.